5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## MAR 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELEAZAR AVILA GUERRERO | * | |
| | * | |
| VS | * | MISC. NO. B-99-039 |
| | * | |
| GARY L. JOHNSON, DIRECTOR | * | |
| TEXAS DEPARTMENT OF CRIMINAL | * | |
| JUSTICE, INSTITUTIONAL DIVISION | * | |

---

ELEAZAR AVILA GUERRERO, Pro Se, #661232, TDCJ, Jordan Unit, 1992 Hilton Road, Pampa, TX 79065

Texas Attorney General (Ross Rayburn, Chief, Habeas Corpus Division) Mail Code 066, P. O. Box 12548, Capitol Station, Austin, TX 78711-2548

---

## O R D E R

---

Due to a miscommunication between the U.S. District Clerk's Office and the Texas Attorney General's Office, the State of Texas did not respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus as ordered on December 21, 1999.

The State of Texas is hereby ORDERED to respond to said Petition on or before **April 17, 2000.** Said response must include the State record.

CutPDF - www.fsola.com

DONE at Brownsville, Texas, this **15th** day of **March 2000.**

Felix Recio
United States Magistrate Judge