

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELEAZAR AVILA GUERRERO, Petitioner, | § § § |
| v. | § § |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Respondent. | § § § § § |

ACTION NO. B-99-39

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

2. Respondent Johnson's Motion to Dismiss Pursuant to 28 U.S.C. § 2244(d) (Docket No. 6) is hereby GRANTED;

3. Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody (Docket No. 1) is hereby DENIED.

DONE in Brownsville, Texas this 19 day of July, 2000.

Hilda Tagle
United States District Judge

5